```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 09-22929-Civ-LENARD
                              MAGISTRATE JUDGE P. A. WHITE
```

DAVID ANDREW SCHLENKERT,           :

    Petitioner,                :

v.                                 :           REPORT OF
                                               MAGISTRATE JUDGE
WARDEN JOHN T. RATHMAN,            :
et al.,
                                   :
    Respondents.
_____     :

## Introduction

This matter is before this Court on the petitioner's habeas corpus petition filed pursuant to 28 U.S.C. §§2241-43 challenging the duration and/or execution of his sentence by the Bureau of Prisons ("BOP").

The petitioner maintains that a September 18, 2009 disciplinary report and the conduct narrated therein does not rise to the level of the charged offense, and/or otherwise charged two offenses for the same conduct. According to the petitioner, as of October 23, 2009, he had not received an administrative hearing on the report, in violation of his due process rights. As of October 2009, the petitioner maintained he had only 90 days left on his current sentence, and thus had requested an expedited hearing on the matter, but to no avail.

More recently, however, on January 21, 2010, the petitioner has filed a letter with the court advising of his current address, and notifying the court that he has been released from prison. (DE#16). Review of the Bureau of Prisons, inmate locator database,

confirms that the movant has, in fact, been released from custody.

It therefore appears that the movant's request is moot. <u>See Ethredge v. Hail</u>, 996 F.2d 1173, 1175 (11th Cir. 1993)(a case is moot when it no longer presents a live controversy with respect to which the court can give meaningful relief).

It is therefore recommended that this petition be dismissed, as moot.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Signed this 26th day of January, 2010.

                                        UNITED STATES MAGISTRATE JUDGE

cc: David A. Schlenkert, <u>Pro Se</u>
    305 US 27 South
    Sebring, FL 33870

    Stephanie I. R. Fidler, AUSA
    U.S. Attorney's Office
    99 N.E. 4th Street, 3rd Floor
    Miami, FL  33132